Deirdre C. GLASCOE, Plaintiff–
Appellant,

v.

PRINCE GEORGE'S COUNTY, MARY-
LAND; Jack B. Johnson, Individually
and in his official capacity; Martin
O'Malley, Individually and in his offi-
cial capacity; Douglas F. Gansler, In
his official capacity only; Robert M.

Bell, Individually and in his official administrative capacity; Maryland Court of Special Appeals; William D. Missouri, Individually and in his official administrative capacity; Glenn F. Ivey, Individually and in his official capacity; Prince George's County District Court; Prince George's County Circuit Court; Maryland Attorney Grievance Commission; Maryland Commission on Judicial Disabilities; Thomas P. Smith, Individually and in his official administrative capacity and in his official judicial capacity; C. Philip Nichols, Jr., Individually and in his official judicial capacity; Thomas J. Love, Individually and in his official administrative capacity and in his official judicial capacity; John Doe, Individually and in his official judicial capacity aka Judge C; Peggy Magee, Individually and in her official capacity; Mary Abrams, Individually and in her official capacity; Stan Brown, Individually and in his official capacity as People's Zoning Counsel, Defendants–Appellees.

No. 10–2257.

United States Court of Appeals, Fourth Circuit.

Submitted: March 15, 2011.

Decided: March 17, 2011.

Deirdre C. Glascoe, Appellant Pro Se. Stephen Thibodeau, Prince George's County Office of Law, Upper Marlboro, Maryland; Hugh Scott Curtis, Office of the Attorney General of Maryland, Baltimore, Maryland; Phillip Robert Zuber, Sasscer, Clagett & Bucher, Upper Marlboro, Maryland, for Appellees.

Before MOTZ and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Deirdre C. Glascoe appeals the district court's order dismissing her civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Glascoe v. Prince George's Cnty., Md,* No. 8:10–cv–00710–AW (D.Md. Nov. 8, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*